IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CAMILLA EVANS and CAMILLA CONNERS,

    Plaintiffs,

v.

BOROUGH OF EMSWORTH, ET AL.,

    Defendants.

13cv01550
**ELECTRONICALLY FILED**

## Order of Court

And now, this 7th day of March, 2014, it is HEREBY ORDERED that the Evans Defendants' Motion to Compel Compliance with Court Order and for Sanctions (doc. no. 33) is DENIED for failure to meet and confer, prior to filing, and for failure to file a certificate of compliance. Counsel for Plaintiffs and Counsel for the Evans Defendants are HEREBY ORDERED to meet and confer on March 11, 2014 at 10:00 a.m., in person, at a conference room at the Allegheny County Bar Association (ACBA). Said conference room shall be reserved jointly by the attorneys, and the costs relating thereto shall be split equally by Plaintiffs and Evans Defendants. Counsel shall file a Joint Status Report indicating a resolution of their issues by noon on March 13, 2014. If the attorneys are unable to come to a complete resolution of this current matter, the Court will order the attorneys to submit their disputes to a Special Master. who will issue a Report and Recommendation thereon. The costs of the Special Master will be borne solely <u>by the attorneys</u> for Plaintiffs and the Evans Defendants, and will be split equally.

                                            s/Arthur J. Schwab
                                            Arthur J. Schwab
                                            United States District Judge

cc: All Registered ECF Counsel and Parties